452 A.2d 1017

ESTATE OF Blanche W. STARR, a/k/a Blanche Starr, Deceased.

Appeal of Brice DALRYMPLE.

Supreme Court of Pennsylvania.

Argued Oct. 27, 1982.

Decided Dec. 10, 1982.

Raymond J. Quaglia, Philadelphia, for appellant.

John H. Potts, Wayne, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM:

Order affirmed. Each party to bear own costs.